# Exhibit 4

# VEHICLE HELD FOR POTENTIAL NARCOTICS-RELATED FORFEITURE/UNLAWFUL DRUGS IMPOUND

**Your motor vehicle has been impounded by the Chicago Police Department and may be subject to <u>permanent forfeiture</u> (see page – for information about this process and your rights).**

This is to advise you that the motor vehicle described above has been impounded at the Chicago Police Department Automotive Pound indicated above under authority granted by Section 9-92-030 of the Municipal Code of Chicago and is being held pursuant to the provisions of Section 7-24-225 of the Municipal Code of the City of Chicago, Section 505 of the Illinois Controlled Substances Act [720 ILCS 570/505] or Section 12 of the Cannabis Control Act [720 ILCS 550/12], whereby it may be subject to forfeiture proceedings.

<u>You are entitled to an administrative hearing under the Municipal Code of Chicago if you wish to challenge the administrative penalty, or the imposition of towing and storage charges.</u>

**Hearing under Section 2-14-135 of the Municipal Code of Chicago.**

Under Section 2-14-135 of the Municipal Code of Chicago, the owner or other person entitled to possession of the vehicle may request a hearing, in person and in writing, before the Department of Administrative Hearings, at the Information Desk, 400 West Superior, Chicago, Illinois 60654 (Monday through Friday, 9:00 a.m. to 3:30 p.m., excluding legal holidays), within 30 days after the vehicle was seized and impounded, to determine whether the vehicle was subject to towing or removal and the validity of any towing or storage fees imposed. Request for hearing forms are available from the Department of Administrative Hearings. Regardless of when the vehicle is released, if more than 30 days have passed since the "Date Towed" listed above, the right to a hearing will have expired and the owner may no longer challenge towing and storage fees at the Department of Administrative Hearings.

If appropriately and timely requested, the hearing will take place within 48 hours of the request, excluding Saturdays, Sundays and legal holidays, if the owner has not obtained the release of the vehicle at the time of the request, or within 30 days of the request if the owner has obtained possession of the vehicle at the time of the request. If the vehicle has been released and a hearing is requested, the person who sought the hearing will receive a letter advising them of the date and time of the hearing. If the vehicle has not been released and a hearing is requested, the date and time of the hearing will be provided at the time the request is made.

**Hearing under Section 2-14-132 of the Municipal Code of Chicago.**

Under Section 2-14-132 of the Municipal Code of Chicago, the owner of record of a vehicle impounded pursuant to Section 7-24-225 of the Code may request a preliminary hearing to determine whether there is probable cause for continued impoundment of the vehicle. A written request for a preliminary hearing must be made within 15 days of the impoundment at the Information Desk, 400 West Superior Street, between 9:00 am and 3:30 pm Monday through Friday, excluding Saturday, Sunday and legal holidays. The vehicle owner shall be notified of the date and time of the preliminary hearing on the day of the request. If appropriately and timely requested, the preliminary hearing will take place within 48 hours of the request.

Under Section 2-14-132(2) of the Municipal Code of Chicago the owner of record may also request a full hearing, in person or by writing the Department of Administrative Hearings, Municipal Hearings Division, 740 North Sedgwick, 2nd Floor, Chicago, Illinois, 60654 no later than 15 days after the mailing of this notice, to determine whether a violation of Section 7-24-225 of the Municipal Code of Chicago has occurred. If appropriately and timely requested, the hearing will take place within 30 days of the request, and the person who sought the hearing will receive a letter advising them of the

date and time of the hearing. If no hearing is appropriately and timely requested, the owner of a vehicle impounded under this section shall be subject to an administrative penalty of up to $3,000.00 plus the cost of towing and storage of the vehicle as stated below, and if the vehicle remains in the City's vehicle pound unclaimed by the registered owner or other person entitled to possession, the vehicle may be sold or disposed of by the City in accordance with applicable law. If the administrative hearing officer determines that the vehicle was not subject to towing or removal under Section 9-92-030 or Section 7-24-225 of the Municipal Code of Chicago, the City shall release the vehicle to the owner if not previously released. If the vehicle was previously released to the owner after payment of towing and storage fees, and the administrative hearing officer determines that the vehicle was not subject to removal, the City shall refund any previously paid towing and storage fees to the owner.

Your Rights if the State Seeks FORFEITURE of Your Vehicle:

Finding out whether your Vehicle is Subject to Forfeiture:

**Your vehicle may also be subject to forfeiture under Illinois' drug asset forfeiture laws.** You may contact the Chicago Police Department at **(312) 746-7146**, Monday through Friday between 8:00 a.m. and 4:00 p.m. to find out whether your vehicle may be subject to forfeiture. If your vehicle is subject to forfeiture, a forfeiture probable cause hearing will be held within 14 days of the seizure of the vehicle at 50 W. Washington, Chicago, Richard J. Daley Center, Room 1707. Hearings are held on Tuesdays and Thursdays at 10:00 a.m., except on holidays. To learn the exact date of the forfeiture probable cause hearing, contact the Office of the Cook County State's Attorney at (312) 603-6462, Monday through Friday (8:30 a.m. to 4:30 p.m., closed holidays) or see the calendar posted at www.chicagopolice.org.

Your Right to a Probable Cause Hearing:

At the probable cause hearing, a judge will decide whether there is probable cause to believe that your vehicle is subject to forfeiture. This hearing is **NOT** the formal forfeiture hearing. You will not be able to present witnesses or address the Court at this time regarding issues relating to your money or personal property. Witness presentation and claims related to the various affirmative defenses contained in the statutes set forth above are reserved for the formal forfeiture hearing. If the judge decides that there is no probable cause to forfeit your vehicle, you may retrieve your vehicle from the auto pound listed above. You must furnish proof of ownership or interest in the vehicle such as a certificate of title or state license registration card.

Your Right to Request a Hardship Hearing:

You will be able to address the Circuit Court for the limited purpose of establishing the existence of a substantial hardship. If the Circuit Court finds that there is probable cause to hold the vehicle for forfeiture but also finds that a substantial hardship exists, you will be asked to return within 7 days with notarized documents and sworn affidavits which support the existence of your hardship.

You have the right to request a hardship hearing to seek the release of your vehicle by filing a written motion with the Circuit Court, along with a sworn affidavit explaining the nature of the hardship to you or your family from the loss of your vehicle (e.g., transportation to school, work, child care, doctors' appointments, food). The Judge may release the vehicle to you or a designated party and may order such conditions as are needed to protect the interests of the State and yourself including: limitations on who may drive the vehicle, and when the vehicle may be driven and the posting of a cash security with the Clerk of the Circuit Court. The cash security may be forfeited if you fail to comply with the statutory forfeiture procedures as set forth in the Drug Asset Forfeiture Procedure Act or Article 36, if the car is damaged or reduced in value, if another offense is committed by you or any other person designated to drive the vehicle, the vehicle is removed from Cook County, you fail to return the vehicle, or any of the conditions set by the Judge are violated. In all cases, before release, the vehicle must have valid license plates, a city sticker (if applicable), and must be insured. You

or the person designated to drive the vehicle must have a valid driver's license. You may also be required to prove your ownership of the vehicle.

**Additional Information about Forfeiture Proceedings:**

For information regarding your rights in forfeiture proceedings, see the relevant Illinois statute, 725 ILCS 150/3.5 (for narcotics forfeitures) or 720 ILCS 5/36-1.5 (for other forfeitures). Additional information is available at www.chicagopolice.org. **PLEASE NOTE: THE FORFEITURE PROCEEDINGS DESCRIBED IN THIS SECTION REGARDING FORFEITURE OF YOUR VEHICLE ARE SEPARATE FROM, AND IN ADDITION TO, THE CITY'S ADMINISTRATIVE HEARING PROCEEDINGS AND PROCEDURES DESCRIBED ABOVE, WHICH ARE HELD AT 400 WEST SUPERIOR, CHICAGO, IL 60654.**

If your current address is different from the address on your vehicle registration, it is important that you report your new address to the Chicago Police Department at **(312) 746-7146** to ensure that all future notices about your rights and the status of your vehicle are sent to the correct address. You should only report an address change at this phone number if your vehicle is subject to forfeiture.

**Release of Vehicle.**

Your vehicle will be released to you only upon showing of (a) an order from the City of Chicago, Department of Administrative Hearings directing the release of the vehicle, and the waiver of towing and storage fees, or in the alternative, proof of payment of the administrative fine (if applicable) and towing and storage fees; and/or (b) a court order from the forfeiture court judge at the Circuit Court of Cook County directing the release of the vehicle, and/or waiver of towing and storage fees. In addition, a vehicle owner must furnish proof of ownership or interest in the vehicle such as a certificate of title or state license registration card. Any agent or relative seeking to claim property must also have a notarized letter from the registered owner. Also, no operable vehicle will be released without a current state registration plate, proof of insurance, and, if applicable, a City of Chicago wheel tax license emblem (City Sticker).

A lien holder must provide a photocopy of the conditional sales agreement and the title for the vehicle in addition to a notarized letter stating the amount of money owed and the period of time the purchaser is in default of the agreement. This letter should authorize a named individual to execute an indemnification certificate with the Chicago Police Department Automotive Pound Section.

Towing fees are $150 for vehicles under 8,000 pounds or $250 for vehicles 8,000 pounds or more. Storage fees are $10 per day (for the first five days, then $35 per day thereafter) for vehicles under 8,000 pounds or $60 per day (for the first five days, then $100 per day thereafter) for vehicles 8,000 pounds or more, in accordance with the provisions of Section 9-92-080 of the Municipal Code of Chicago.

Towing and storage charges are accruing and must be paid at the 400 West Superior Payment Center prior to release. Payments may be made in the form of cash, credit card or cashier's check in the exact amount.

A VEHICLE WILL NOT BE RELEASED UNTIL THE FORFEITURE PROCESS AUTHORIZED PURSUANT TO PROVISIONS OF SECTION 505 OF THE ILLINOIS CONTROLLED SUBSTANCES ACT [720 ILCS 527/505] OR SECTION 12 OF THE CANNABIS CONTROL ACT [720 ILCS 550/12] IS COMPLETED, OR IF IT IS BEING HELD PURSUANT TO ANY OTHER APPLICABLE STATE, FEDERAL, OR OTHER LAW, OR IF A COURT ORDER OR WARRANT AUTHORIZES THE CONTINUED IMPOUNDMENT OF THE VEHICLE.

To determine if your vehicle is subject to forfeiture, contact the Chicago Police Department at **(312) 746-7146**, Monday through Friday (8:00 a.m. to 4:00 p.m., closed holidays). To determine if a court order or warrant authorizes the continued

impoundment of the vehicle, contact the Chicago Police Department, Auto Pound Section at **(312) 745-6240**, Monday through Friday (7:00 a.m. to 3:00 p.m., closed holidays).