# Exhibit 9

UTF

**ANITA ALVAREZ**
State's Attorney
Forfeiture Unit
50 West Washington, Room 300
Chicago, IL 60602

undeliverable

7011 0110 0001 4758 7090

CERTIFIED MAIL

Darren Rogers
7429 S. Southwest Hwy.
Worth, IL

NIXIE        600    SE 1      00 08/19/12
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 606021356755        *0461-04221-03-44

UNITED STATES POSTAGE
02.1M
0004234260        $ 05.75⁰
MAILED FROM ZIP CODE 60602    AUG03 2012
PITNEY BOWES

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Darren Rogers
    7429 S. Southwest Hwy.
    Worth, IL

    ILCOPO-000833

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7011 0110 0001 4758 7090

PS Form 3811          Domestic Return Receipt          102595-02-M-1540

10/29/12

Please be advised that after the filing of this civil forfeiture action, the Illinois Legislature amended Illinois' Drug Asset Forfeiture Procedure Act, 725 ILCS 150 *et seq.* ("DAFPA"). The purpose of this letter is to inform you about two significant changes in the amended DAFPA.

Under the amended DAFPA, within 14 days of seizure of the subject property, the State's Attorney now requests that the circuit court preliminarily determine whether probable cause existed for the seizure. *See* 725 ILCS 150/3.5 (2012).

In addition, under the new Section 3.5(e) of DAFPA, an owner of a seized vehicle in a civil forfeiture proceeding may file a motion with the court seeking the temporary release of his or her vehicle on the grounds that denial of the use of the vehicle during the pendency of the forfeiture proceedings creates a substantial hardship on the owner. 725 ILCS 150/3.5(e) (2012).