# Exhibit 10

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Chermane Smith, et al.

                      Plaintiff,

v.                                     Case No.: 1:06–cv–06423

                                     Honorable Elaine E. Bucklo

City Of Chicago, et al.

                      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

      MINUTE entry before Honorable Jeffrey Cole:Settlement conference held. The parties report the case is settled. Counsel for the parties are to be commended for the professionalism and flexibility with which they dealt with this case. Their conduct demonstrates that one can fulfill all the responsibilities that lawyers owe to courts without sacrificing in the slightest their obligations to their clients. The kind of conduct and responsibility displayed by the lawyers in this case make one proud to be in the legal profession. All matters relating to the referral of this action having been completed, the case is returned to the assigned judge. Judge Honorable Jeffrey Cole no longer referred to the case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.